Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of MARIE A. McCARTHY, Respondent, against FLORA B. SMITH et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of NORA O'LEARY, Respondent, against ELMIRA FOUNDRY COMPANY, INC., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.